|   |   |
|---|---|
| 1 | |
| 2 | |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| TYRELLE SMITH, | Case No. 2:22-cv-00365-FWS-PVC |
|---|---|
| Petitioner, | |
| v. | **ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| FIDENCIO N. GUZMAN, Acting Warden,[1] | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, (Dkt. 1), all the records and files herein, and the Magistrate Judge's Report and Recommendation, (Dkt. 32). The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. (*See generally* Dkt.) Based on the state of the record, as applied to the applicable law, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

**IT IS ORDERED** that the Petition is **DENIED**, and Judgment shall be entered **DISMISSING THIS ACTION WITH PREJUDICE**.

---

[1] Fidencio N. Guzman, Acting Warden of Centinela State Prison (CEN), where Petitioner is currently incarcerated, is substituted for his predecessor pursuant to Federal Rule of Civil Procedure 25(d).

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Petitioner at his current address of record and on counsel for Respondent.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

DATED: April 12, 2024

FRED W. SLAUGHTER
UNITED STATES DISTRICT JUDGE