# JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRELLE SMITH,<br><br>Petitioner,<br><br>v.<br><br>FIDENCIO N. GUZMAN, Acting Warden,[1]<br><br>Respondent. | Case No. 2:22-cv-00365-FWS-PVC<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

**IT IS HEREBY ADJUDGED** that the above-captioned action is **DISMISSED WITH PREJUDICE**.

DATED: April 12, 2024

FRED W. SLAUGHTER
UNITED STATES DISTRICT JUDGE

---

[1] Fidencio N. Guzman, Acting Warden of Centinela State Prison (CEN), where Petitioner is currently incarcerated, is substituted for his predecessor.  Fed. R. Civ. P. 25(d).